| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>CXE 16-015613<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Kathleen M. Magoon - 040682010<br>Elizabeth L. Wassall - 023211995<br>ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS THROUGH CERTIFICATES SERIES 2006-2 | |
| In Re:<br><br>NICHOLAS PEZZA AND JEANETTE PEZZA,<br>DEBTORS | Case No.: 23-14796-RG<br><br>Judge: HONORABLE ROSEMARY GAMBARDELLA<br><br>Chapter: 13 |

## NOTICE OF OBJECTION TO CONFIRMATION

The undersigned, LOGS Legal Group LLP, attorneys for the Secured Creditor, U.S. Bank National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2, the holder of a Mortgage on Debtors' property located at 878 River Drive, Elmwood Park, NJ 07407, hereby objects to the Confirmation of the Debtors' proposed Chapter 13 Plan, ECF # 4, on the following grounds:

1)    Debtors' proposed Chapter 13 Plan does not provide for the total claim payoff of the mortgage to Secured Creditor during the life of the plan. Upon information and belief, the subject Mortgage loan matures during the pendency of the Bankruptcy term. Secured Creditor is owed an *estimated* $351,535.11 total claim.

2)    Debtors' proposed Chapter 13 Plan does not provide for the Secured Creditor to receive distributions with a value equal to the allowed amount of its claims required by 11 U.S.C.1325(a)(5)(B)(ii).

3) Debtors' proposed Chapter 13 Plan provides for a potential loan modification offer, which is speculative, and does not provide direction in the event this loan modification is not offered.

WHEREFORE, U.S. Bank National Association, as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 respectfully requests that the Confirmation of Debtors' Chapter 13 Plan be denied, and that the Debtor be required to file an Amended Chapter 13 Plan providing for full payment of total claim due to the Secured Creditor.

                          LOGS LEGAL GROUP LLP

                          By: */s/Elizabeth L. Wassall*
                               Elizabeth L. Wassall - 023211995

Dated: 6-12-2023

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>CXE 16-015613<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS THROUGH CERTIFICATES SERIES 2006-2 | |
| In Re:<br><br>NICHOLAS PEZZA AND JEANETTE PEZZA,<br>　　　　　　　　　　　　　　　　DEBTORS | Case No.: 23-14796-RG<br><br>Judge: HONORABLE ROSEMARY GAMBARDELLA<br><br>Chapter: 13 |

**CERTIFICATION OF SERVICE**

I, _Valerie Feliz_ the undersigned

1. ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Kathleen M. Magoon, Esquire and Elizabeth L. Wassall, Esquire, who represents the Secured Creditor in the above-captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On _6/12/2023_, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Notice of Objection to Confirmation

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

　　　　　　　　　　　　　　　　　　　　　　　　Signature

Dated: _6/12/2023_　　　　　　　　　　　　　　　　_/s/Valerie Feliz_
　　　　　　　　　　　　　　　　　　　　　　　　Printed Name

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert Cameron Legg<br>Oliver & Legg<br>2240 Highway 33<br>Suite 112<br>Neptune, NJ 07753 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Nicholas Pezza<br>488 Dewey Avenue<br>Saddle Brook, NJ 07663<br><br>Jeanette Pezza<br>878 River Drive<br>Elmwood Park, NJ 07407 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.