UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.: 23-14796** |
| | **CHAPTER 13** |
| **Nicholas Pezza,** | |
|   and, | |
| **Jeanette Pezza,** | |
|   Debtors. | |
| _____/ | |

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Legacy Mortgage Asset Trust 2021-GS1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                            Robertson, Anschutz, Schneid, Crane &
                                            Partners, PLLC
                                            Authorized Agent for Secured Creditor
                                            130 Clinton Rd #202
                                            Fairfield, NJ 07004
                                            Telephone: 470-321-7112

                                        By: <u>/s/Sindi Mncina</u>
                                            Sindi Mncina
                                            Email: smncina@raslg.com

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 21, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

NICHOLAS PEZZA
488 DEWEY AVENUE
SADDLE BROOK, NJ 07663

JEANETTE PEZZA
878 RIVER DRIVE
ELMWOOD PARK, NJ 07407

And via electronic mail to:

ROBERT CAMERON LEGG
OLIVER & LEGG
2240 HIGHWAY 33
SUITE 112
NEPTUNE, NJ 07753

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Angela Gill