Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−14796−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nicholas Pezza
aka Nick Pezza
488 Dewey Avenue
Saddle Brook, NJ 07663

Jeanette Pezza
aka Jeanette Milagros−Pezza
878 River Drive
Elmwood Park, NJ 07407

Social Security No.:
    xxx−xx−2399                        xxx−xx−5372

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/6/23 at 02:00 PM

to consider and act upon the following:

*6* – Motion re: Allow Debtor to Have Two (2) Open Bankruptcy Cases Filed by Robert Cameron Legg on behalf of Jeanette Pezza, Nicholas Pezza. Hearing scheduled for 7/19/2023 at 10:00 AM at RG – Courtroom 3E, Newark. (Attachments: # 1 Certification # 2 Statement as to Why No Brief is Necessary # 3 Proposed Order # 4 Certificate of Service) (Legg, Robert)

Dated: 8/9/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court