Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 23−14796−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Nicholas Pezza                                       Jeanette Pezza
   aka Nick Pezza                                    aka Jeanette Milagros−Pezza
   488 Dewey Avenue                         878 River Drive
   Saddle Brook, NJ 07663                Elmwood Park, NJ 07407

Social Security No.:
   xxx−xx−2399                                       xxx−xx−5372

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 18, 2023.

Dated: October 18, 2023
JAN: slm

                                                                                 Jeanne Naughton
                                                                                 Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-14796-RG |
| Nicholas Pezza | Chapter 13 |
| Jeanette Pezza | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 18, 2023 | Form ID: plncf13 | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas Pezza, 488 Dewey Avenue, Saddle Brook, NJ 07663-5904 |
| jdb | + | Jeanette Pezza, 878 River Drive, Elmwood Park, NJ 07407-1029 |
| 519935529 | + | BANR Assets, LLC, 1202 Tilton Road, Northfield, NJ 08225-1809 |
| 519935530 | + | BANR Assets, LLC, c/o Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 519935547 | + | Mr. Cooper, c/o LOGS Legal Group, LLP, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 519968883 | + | Nationstar Mortgage, LLC as servicing agent for U., Gross Polowy LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |
| 519935551 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 519952672 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519989362 | + | U.S. Bank National Association, as Trustee, for Le, P.O. Box 619096, Dallas , TX 75261-9096 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 18 2023 21:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 18 2023 21:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 18 2023 21:43:00 | Legacy Mortgage Asset Trust 2021-GS1, Robertson, Anschutz, Schneid, Crane, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519935520 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 18 2023 22:02:44 | Ally Credit Card/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 519935522 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2023 23:26:05 | Amex, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 519935521 | + | Email/PDF: bncnotices@becket-lee.com | Oct 18 2023 23:26:01 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519935523 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 18 2023 21:43:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519935527 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 18 2023 21:43:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519935524 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 18 2023 21:43:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519935526 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 18 2023 21:43:00 | Bank of America, Po Box 45144, Jacksonville, FL 32232-5144 |
| 519935525 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 18 2023 21:43:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 519935528 | ^ | MEBN | Oct 18 2023 20:46:19 | Bank of America, c/o KML Law Group, PC, 701 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519944471 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 18 2023 21:43:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519935531 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2023 22:02:27 | Cbna, Attn: Centralized Bankruptcy/Citicorp, Po Box 790034, St Louis, MO 63179-0034 |
| 519935532 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2023 23:26:14 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519935533 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2023 23:26:05 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 519935534 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2023 22:02:54 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519935536 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2023 22:02:47 | Citibank/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519935535 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2023 23:25:54 | Citibank/Sears, Attn: Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 519935538 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2023 21:43:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 519935537 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2023 21:43:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519935539 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 18 2023 22:02:52 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519935540 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 18 2023 22:02:44 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519982455 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 18 2023 21:43:00 | DEUTSCHE BANK NATIONAL TRUST at. el, c/o Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 519935542 | + | Email/Text: mrdiscen@discover.com | Oct 18 2023 21:43:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519935541 | + | Email/Text: mrdiscen@discover.com | Oct 18 2023 21:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519935543 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 18 2023 21:43:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 519935544 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 18 2023 21:43:00 | Fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 519935545 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 18 2023 21:43:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519971146 | + | Email/Text: BKRMailOps@weltman.com | Oct 18 2023 21:44:00 | John Deere Financial, f.s.b., c/o Weltman, Weinberg & Reis Co., LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 519960859 | + | Email/Text: flyersprod.inbound@axisai.com | Oct 18 2023 21:43:00 | LEGACY MORTGAGE ASSET TRUST 2021-GS1, Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |
| 519951684 | + | Email/Text: RASEBN@raslg.com | Oct 18 2023 21:43:00 | Legacy Mortgage Asset Trust 2021-GS1, Robertson, Anschutz, Schneid, & Crane PL, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 519935546 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 18 2023 21:43:00 | Mr. Cooper, PO Box 60516, City of Industry, CA 91716-0516 |
| 519935548 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 18 2023 21:43:00 | NMAC, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 519935549 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 18 2023 21:43:00 | NMAC, Pob 660366, Dallas, TX 75266-0366 |
| 519966946 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 18 2023 21:43:00 | Nissan Motor Acceptance Company LLC, fka |

Case 23-14796-RG  Doc 48  Filed 10/20/23  Entered 10/21/23 00:17:25  Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 18, 2023 | Form ID: plncf13 | Total Noticed: 52 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519952061 | + | Email/Text: RASEBN@raslg.com | Oct 18 2023 21:43:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519935550 | + | Email/Text: flyersprod.inbound@axisai.com | Oct 18 2023 21:43:00 | Rushmore Loan Management Services, LLC, 15480 Laguna Canyon Road #100, Irvine, CA 92618-2132 |
| 519935552 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2023 23:26:11 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519935553 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2023 22:02:26 | Synchrony Bank/PC Richard, Po Box 71757, Philadelphia, PA 19176-1757 |
| 519935555 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2023 22:03:02 | Synchrony Bank/TJX, Po Box 71737, Philadelphia, PA 19176-1737 |
| 519935554 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2023 22:03:07 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519935556 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 18 2023 22:02:44 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank National Association, as Trustee, for Le, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 20, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2023 at the address(es) listed below:

**Name**                **Email Address**

Courtney R. Shed
on behalf of Creditor Nationstar Mortgage LLC as servicing agent for U.S. Bank National Association, as Trustee, for Lehman M Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 cshed@grosspolowy.com, ecfnotices@grosspolowy.com

Denise E. Carlon
on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST SERIES 2005-A, ASSET BACKEDPASS-THROUGH CERTIFICATES dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
on behalf of Creditor U.S. Bank National Association as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certific

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 18, 2023 | Form ID: plncf13 | Total Noticed: 52 |

|  |  |
|---|---|
|  | ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Robert Cameron Legg | on behalf of Debtor Nicholas Pezza courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Robert Cameron Legg | on behalf of Joint Debtor Jeanette Pezza courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8