OLIVER & LEGG LLC
BRANDYWINE COMMONS
2240 HIGHWAY 33, SUITE 112
NEPTUNE, NJ  07753

Re:   NICHOLAS PEZZA
     JEANETTE PEZZA
     488 DEWEY AVENUE
     SADDLE BROOK,  NJ  07663

Atty:   OLIVER & LEGG LLC
     BRANDYWINE COMMONS
     2240 HIGHWAY 33, SUITE 112
     NEPTUNE, NJ  07753

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 23-14796

### RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/11/2023 | $781.00 | | 08/14/2023 | $781.00 | |
| 09/12/2023 | $781.00 | | 10/10/2023 | $781.00 | |
| 11/13/2023 | $781.00 | | 12/11/2023 | $781.00 | |

**Total Receipts: $4,686.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $4,686.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| RUSHMORE LOAN MANAGEMENT SERVICES | | | | | | | |
| | 11/13/2023 | $982.24 | 919,602 | | | | |
| RUSHMORE SERVICING | | | | | | | |
| | 12/11/2023 | $92.60 | 920,428 | | | | |
| STATE OF NJ | | | | | | | |
| | 12/11/2023 | $625.92 | 921,217 | | | | |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 339.72 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,927.00 | 100.00% | 1,927.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY CREDIT CARD/CWS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMEX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | BANR ASSETS, LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | BANK OF AMERICA NA | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | BANK OF AMERICA NA | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | CBNA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | CITIBANK/BEST BUY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | CITIBANK/SEARS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 23-14796**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|--------------:|-------------------:|-----:|-----------------:|
| 0018 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | CREDIT ONE BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | DISCOVER FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | FORTIVA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | NATIONSTAR MORTGAGE LLC | (NEW) Prepetition / | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | NISSAN MOTOR ACCEPTANCE COMPANY | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0031 | RUSHMORE SERVICING | (NEW) Prepetition / | 1,074.84 | 100.00% | 1,074.84 | 0.00 |
| 0032 | STATE OF NJ | PRIORITY | 2,111.61 | 100.00% | 1,344.44 | 767.17 |
| 0033 | SYNCHRONY BANK/PC RICHARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0035 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0038 | WELLS FARGO BANK NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0041 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0042 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0043 | UNITED STATES TREASURY/IRS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0044 | JOHN DEERE FINANCIAL, F.S.B. | UNSECURED | 749.35 | 100.00% | 0.00 | 749.35 |

**Total Paid:  $4,686.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $4,686.00          -     Paid to Claims: $2,419.28     -     Admin Costs Paid: $2,266.72     =     Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.