Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−14796−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nicholas Pezza
aka Nick Pezza
488 Dewey Avenue
Saddle Brook, NJ 07663

Jeanette Pezza
aka Jeanette Milagros−Pezza
878 River Drive
Elmwood Park, NJ 07407

Social Security No.:
   xxx−xx−2399                                                 xxx−xx−5372

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/1/24 at 10:00 AM

to consider and act upon the following:

**59** − Objection to (related document:57 Application for Extension of Loss Mitigation Period. Filed by Robert Cameron Legg on behalf of Jeanette Pezza, Nicholas Pezza. Objection deadline is 3/25/2024. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Nicholas Pezza, Joint Debtor Jeanette Pezza) filed by Douglas J. McDonough on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005−A, ASSET BACKEDPASS−THROUGH CERTIFICATES. (Attachments: # 1 Certificate of Service) (McDonough, Douglas)

Dated: 3/26/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court