Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−14796−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nicholas Pezza
aka Nick Pezza
488 Dewey Avenue
Saddle Brook, NJ 07663

Jeanette Pezza
aka Jeanette Milagros−Pezza
878 River Drive
Elmwood Park, NJ 07407

Social Security No.:
xxx−xx−2399                              xxx−xx−5372

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on April 11, 2024.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 11, 2024
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Nicholas Pezza  
Jeanette Pezza  
    Debtors

Case No. 23-14796-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Apr 11, 2024      Form ID: 148      Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas Pezza, 488 Dewey Avenue, Saddle Brook, NJ 07663-5904 |
| jdb | + | Jeanette Pezza, 878 River Drive, Elmwood Park, NJ 07407-1029 |
| 519935529 | + | BANR Assets, LLC, 1202 Tilton Road, Northfield, NJ 08225-1809 |
| 519935530 | + | BANR Assets, LLC, c/o Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 519935547 | + | Mr. Cooper, c/o LOGS Legal Group, LLP, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 519968883 | + | Nationstar Mortgage, LLC as servicing agent for U., Gross Polowy LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |
| 519935551 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 519989362 | + | U.S. Bank National Association, as Trustee, for Le, P.O. Box 619096, Dallas , TX 75261-9096 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 11 2024 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 11 2024 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 11 2024 20:37:00 | Legacy Mortgage Asset Trust 2021-GS1, Robertson, Anschutz, Schneid, Crane, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519935520 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 11 2024 20:47:37 | Ally Credit Card/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 519935522 | + | EDI: CITICORP | Apr 12 2024 04:37:00 | Amex, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 519935521 | + | Email/PDF: bncnotices@becket-lee.com | Apr 11 2024 21:11:11 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519935523 | | EDI: BANKAMER | Apr 12 2024 04:37:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519935527 | + | EDI: BANKAMER | Apr 12 2024 04:37:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519935524 | + | EDI: BANKAMER | Apr 12 2024 04:37:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519935526 | + | EDI: BANKAMER | Apr 12 2024 04:37:00 | Bank of America, Po Box 45144, Jacksonville, FL 32232-5144 |
| 519935525 | | EDI: BANKAMER | Apr 12 2024 04:37:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 519935528 | ^ | MEBN | Apr 11 2024 21:12:44 | Bank of America, c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA |

| Recipient ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | 19106-1541 |
| 519944471 | EDI: BANKAMER | Apr 12 2024 04:37:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519935531 | + EDI: CITICORP | Apr 12 2024 04:37:00 | Cbna, Attn: Centralized Bankruptcy/Citicorp, Po Box 790034, St Louis, MO 63179-0034 |
| 519935532 | + EDI: CITICORP | Apr 12 2024 04:37:00 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519935533 | + EDI: CITICORP | Apr 12 2024 04:37:00 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 519935534 | + EDI: CITICORP | Apr 12 2024 04:37:00 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519935536 | + EDI: CITICORP | Apr 12 2024 04:37:00 | Citibank/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519935535 | + EDI: CITICORP | Apr 12 2024 04:37:00 | Citibank/Sears, Attn: Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 519935538 | + EDI: WFNNB.COM | Apr 12 2024 04:37:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 519935537 | + EDI: WFNNB.COM | Apr 12 2024 04:37:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519935539 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 11 2024 20:48:01 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519935540 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 11 2024 20:47:38 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519982455 | EDI: BANKAMER | Apr 12 2024 04:37:00 | DEUTSCHE BANK NATIONAL TRUST at. el, c/o Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 519935542 | + EDI: DISCOVER | Apr 12 2024 04:37:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519935541 | + EDI: DISCOVER | Apr 12 2024 04:37:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519935543 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 11 2024 20:37:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 519935544 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 11 2024 20:37:00 | Fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 519935545 | EDI: IRS.COM | Apr 12 2024 04:37:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519971146 | + Email/Text: BKRMailOps@weltman.com | Apr 11 2024 20:38:00 | John Deere Financial, f.s.b., c/o Weltman, Weinberg & Reis Co., LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 519960859 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 11 2024 20:37:00 | LEGACY MORTGAGE ASSET TRUST 2021-GS1, Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |
| 519951684 | + Email/Text: RASEBN@raslg.com | Apr 11 2024 20:37:00 | Legacy Mortgage Asset Trust 2021-GS1, Robertson, Anschutz, Schneid, & Crane PL, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 519935546 | Email/Text: nsm_bk_notices@mrcooper.com | Apr 11 2024 20:37:00 | Mr. Cooper, PO Box 60516, City of Industry, CA 91716-0516 |
| 519935548 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 11 2024 20:37:00 | NMAC, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 519935549 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 11 2024 20:37:00 | NMAC, Pob 660366, Dallas, TX 75266-0366 |
| 519966946 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 11 2024 20:37:00 | Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, PO Box |

Case 23-14796-RG    Doc 65    Filed 04/13/24    Entered 04/14/24 00:14:20    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 11, 2024 | Form ID: 148 | Total Noticed: 54 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 9013, Addison, Texas 75001-9013 |
| 519952061 | + | Email/Text: RASEBN@raslg.com | Apr 11 2024 20:37:00 | Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519935550 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 11 2024 20:37:00 | Rushmore Loan Management Services, LLC, 15480 Laguna Canyon Road #100, Irvine, CA 92618-2132 |
| 520104390 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 11 2024 20:37:00 | Rushmore Servicing, PO Box 619096, Dallas TX 75261-9096 |
| 520104391 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 11 2024 20:37:00 | Rushmore Servicing, PO Box 619096, Dallas TX 75261-9741, Rushmore Servicing, PO Box 619096, Dallas TX 75261-9096 |
| 519952672 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 11 2024 20:37:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519935552 | + | EDI: SYNC | Apr 12 2024 04:37:00 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519935553 | + | EDI: SYNC | Apr 12 2024 04:37:00 | Synchrony Bank/PC Richard, Po Box 71757, Philadelphia, PA 19176-1757 |
| 519935555 | + | EDI: SYNC | Apr 12 2024 04:37:00 | Synchrony Bank/TJX, Po Box 71737, Philadelphia, PA 19176-1737 |
| 519935554 | + | EDI: SYNC | Apr 12 2024 04:37:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519935556 | + | EDI: WFFC2 | Apr 12 2024 04:37:00 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank National Association, as Trustee, for Le, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 13, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Courtney R. Shed | |

Case 23-14796-RG    Doc 65    Filed 04/13/24    Entered 04/14/24 00:14:20    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 11, 2024 | Form ID: 148 | Total Noticed: 54 |

| | |
|---|---|
| | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for U.S. Bank National Association, as Trustee, for Lehman M Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST SERIES 2005-A, ASSET BACKEDPASS-THROUGH CERTIFICATES dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST SERIES 2005-A, ASSET BACKEDPASS-THROUGH CERTIFICATES dmcdonough@flwlaw.com |
| Elizabeth L. Wassall | on behalf of Creditor U.S. Bank National Association as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certific ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Robert Cameron Legg | on behalf of Debtor Nicholas Pezza courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Robert Cameron Legg | on behalf of Joint Debtor Jeanette Pezza courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor Rushmore Servicing smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11