| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | Order Filed on April 11, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  23-14796 |
| IN RE:<br><br>NICHOLAS PEZZA<br>JEANETTE PEZZA | **Judge:  ROSEMARY GAMBARDELLA** |

# ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: April 11, 2024**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): NICHOLAS PEZZA
JEANETTE PEZZA

Case No.: 23-14796

Caption of Order: Order Dismissing Petition

---

THIS MATTER having come before the Court on the application of the Chapter 13 Standing Trustee, and the Court having considered the Chapter 13 Standing Trustee's application and the Court having ordered the debtor(s) to sell or refinance property or complete a loan modification as set forth in the attached certification, and the debtor(s) having failed to comply with that order as set forth in the attached certification, and good and sufficient cause appearing therefrom for the entry of this order, it is:

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

ORDERED AND DIRECTED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commisions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 23-14796-RG

Nicholas Pezza                                                                            Chapter 13

Jeanette Pezza

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                                    User: admin                                  Page 1 of 2

Date Rcvd: Apr 11, 2024                        Form ID: pdf903                        Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol          Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas Pezza, 488 Dewey Avenue, Saddle Brook, NJ 07663-5904 |
| jdb | + | Jeanette Pezza, 878 River Drive, Elmwood Park, NJ 07407-1029 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2024                      Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Courtney R. Shed | |
| | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for U.S. Bank National Association, as Trustee, for Lehman M Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Denise E. Carlon | |
| | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST SERIES 2005-A, ASSET BACKEDPASS-THROUGH CERTIFICATES dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | |
| | on behalf of Creditor U.S. Bank National Association as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | |
| | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE HOLDERS OF NEW |

| | | | |
|---|---|---|---|
| District/off: 0312-2 | User: admin | | Page 2 of 2 |
| Date Rcvd: Apr 11, 2024 | Form ID: pdf903 | | Total Noticed: 2 |

CENTURY HOME EQUITY LOAN TRUST SERIES 2005-A, ASSET BACKEDPASS-THROUGH CERTIFICATES
dmcdonough@flwlaw.com

Elizabeth L. Wassall

on behalf of Creditor U.S. Bank National Association as Trustee, for Lehman Mortgage Trust Mortgage Pass Through Certific ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Marie-Ann Greenberg

magecf@magtrustee.com

Robert Cameron Legg

on behalf of Joint Debtor Jeanette Pezza courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

Robert Cameron Legg

on behalf of Debtor Nicholas Pezza courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

Sindi Mncina

on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 smncina@raslg.com

Sindi Mncina

on behalf of Creditor Rushmore Servicing smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11