Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−14796−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Nicholas Pezza | Jeanette Pezza |
| aka Nick Pezza | aka Jeanette Milagros−Pezza |
| 488 Dewey Avenue | 878 River Drive |
| Saddle Brook, NJ 07663 | Elmwood Park, NJ 07407 |

Social Security No.:
  xxx−xx−2399                                        xxx−xx−5372

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 24, 2024</u>             <u>Rosemary Gambardella</u>
                                      Judge, United States Bankruptcy Court